**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6812**

_____

DOUGLAS E. MELTER,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA, named as United States Employed,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:22-cv-00391-MHL-MRC)

_____

Submitted:  May 30, 2024                                        Decided:  June 3, 2024

_____

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Douglas E. Melter, Appellant Pro Se.  Jonathan Holland Hambrick, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas E. Melter appeals the district court's order dismissing his civil action filed under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Melter v. United States*, No. 3:22-cv-00391-MHL-MRC (E.D. Va. July 3, 2023). We deny Melter's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*